UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARK YORK, On Behalf of Himself and Others Similarly Situated, ] <br><br> *Plaintiffs,* ] <br><br> v. ] <br><br> TAILING, LLC, ] <br><br> *Defendant.* ] | CASE NO. 3:15-CV-234 <br><br> COLLECTIVE ACTION |

## MOTION FOR SETTLEMENT CONFERENCE WITH A RULE

NOW INTO COURT, through undersigned counsel, comes Defendant, Tailing, LLC, who respectfully requests that the Court order a settlement conference between Mark York and Tailing, LLC (collectively the "Parties"). Undersigned counsel believes that the Court's assistance would expedite the settlement process in resolving this contentious matter. Plaintiff's counsel does not oppose this motion.

WHEREFORE, Tailing, LLC prays that the Court set a settlement conference in this matter.

Considering the above and foregoing Motion;

IT IS ORDERED that a settlement conference is hereby scheduled for the _____ day of _____, 2016 at _____ o'clock ___.m.

Galveston, Texas, this _____ day of _____, 2016.

_____
MAGISTRATE JUDGE

Respectfully Submitted,

THE DERBES LAW FIRM, LLC

BY:*s/ERIC J. DERBES*_____
ERIC J. DERBES
STATE BAR NUMBER 24009844
3027 Ridgelake Drive
Metairie, LA  70002
Telephone:  504-837-1230
Facsimile:  504-832-0323
ederbes@derbeslaw.com