UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARK YORK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-234 |
| | § | |
| TAILING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendants' unopposed Motion for Settlement Conference (Dkt. 22) is **GRANTED.** It is hereby **ORDERED** that this matter is referred to United States Magistrate Judge John R. Froeschner for the purposes of conducting a settlement conference.

Settlement conference shall be completed by **February 10, 2017.**

SIGNED at Galveston, Texas, this 28th day of October, 2016.

_____
George C. Hanks Jr.
United States District Judge